IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANAND N. MUNSIF | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-5949 |
| | : | |
| AMERICAN BOARD OF | : | |
| INTERNAL MEDICINE, et al. | : | |

**ORDER**

AND NOW, this 11th day of September, 2012, it is ORDERED:

- Defendant American Board of Internal Medicine's (ABIM) Motion to Dismiss Plaintiff's Amended Complaint (Document 14) is GRANTED;

- Defendants State of New Jersey Division of Law, State of New Jersey Division of Consumer Affairs, University of Medicine and Dentistry of New Jersey, and State of New Jersey Board of Medical Examiners' Motion to Dismiss Plaintiff's Amended Complaint (Document 20) is GRANTED;

- Plaintiff Anand N. Munsif's Motion for Restraining Order (Document 26) is DENIED as moot;

- ABIM's Motion to Strike Plaintiff's Second Amended Complaint (Document 40) is GRANTED.  The Second Amended Complaint docketed at ECF No. 39 shall be STRICKEN from the docket;

- Munsif's Motion to Add Table, to Expand/Add Items of Jurisdiction and Venue, and to Add or Expand Facts and Claims (Document 44) is DENIED;

- Munsif's Amended Complaint is DISMISSED with prejudice against all Defendants;

- Munsif's Motions to Intervene (Documents 42 and 43) are DENIED; and

- Munsif's Motion to Force Defendants for Evaluation and Training (Document 47) is DENIED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.